## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VITO R.,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **NO.    24-cv-6287** |
| | : | |
| **FRANK BISIGNANO,** | : | |
| **Commissioner of Social Security,** | : | |
| **Defendant.** | : | |

# O R D E R

**AND NOW**, this __19TH__ day of May, 2025, upon consideration of Plaintiff's Request for Review (ECF No. 8), Defendant's response thereto (ECF No. 9) and Plaintiff's reply (ECF No. 10), and for the reasons provided in the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1.    Plaintiff's Request for Review is **DENIED**; and

2.    Judgment is entered in favor of Defendant.

BY THE COURT:

__/s/ Lynne A. Sitarski_____
LYNNE A. SITARSKI
United States Magistrate Judge